**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

YELLOW BAYOU FARMS, INC.                                                    PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. 4:07CV65-P-B

THE JEFFERSON BANK and
JIMMY OGLESBY                                                    DEFENDANTS

## <u>ORDER</u>

This cause is before the Court on the parties' Joint Motion to Refer Case to United States

Bankruptcy Court for the Northern District of Mississippi [6].  The Court, having reviewed the

motion, the authorities cited and being otherwise fully advised in the premises, finds as follows, to-

wit:

This case was removed from the Circuit Court of Washington pursuant to 28 U.S.C. §§

1334(b) and 1452(a) as the plaintiff's claim relates to a bankruptcy proceeding involving one of the

named defendants, Jimmy Oglesby.  The defendant's bankruptcy case remains open on the docket

of the Bankruptcy Court for the Northern District of Mississippi as cause number 05-15121.

Inasmuch as the instant claim is a core proceeding as defined by 28 U.S.C. § 157, the undersigned

is of the opinion that the proper venue for this action is the Bankruptcy Court for the Northern

District of Mississippi.

It is therefore ordered that this case is hereby transferred to the Bankruptcy Court for the

Northern District of Mississippi, and the Clerk is directed to transfer the court file in this case to the

office of the Clerk of the Bankruptcy Court.

So ordered this the 5th day of October, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE